# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIBI KESIYI WABOTE, | : | |
| Plaintiff, | : | No. 5:21-cv-02214 |
| v. | : | |
| | : | |
| JACKSON UDE, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 20th day of September, 2021, upon consideration of Plaintiff's letter-request to the Court, *see* ECF No. 39, which requests that this Court either strike Defendant's sur reply or permit Plaintiff an opportunity to reply thereto, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Request, ECF No. 39, is **GRANTED** in part and **DENIED** in part as follows:

    a. Plaintiff's request that Defendant's sur reply be stricken is **DENIED**.

    b. Plaintiff's request to file a reply brief is **GRANTED**. Plaintiff may file a reply brief, if he wishes, **on or before September 27, 2021**, to address Defendant's Memorandum that was filed with this Court on September 9, 2021. ECF No. 36.

    c. Plaintiff's request for attorney's fees is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge