UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMBI KESIYI WABOTE, : | |
|     Plaintiff and Counter-Defendant, : | |
| : | |
| v. : | No. 5:21-cv-2214 |
| : | |
| JACKSON UDE, : | |
|     Defendant and Counter-Claimant. : | |

**O R D E R**

**AND NOW**, this 21st day of October 2021, upon consideration of the Defendant's motion to dismiss the Amended Complaint in this action, *see* ECF No. 29, the Plaintiff's motion to dismiss and strike affirmative defenses, *see* ECF No. 24, the parties' responses and replies, *see* ECF Nos. 30, 31, 36, 37, 41, 43, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's motion to dismiss, *see* ECF No. 29, is **DENIED.**
2. The Plaintiff's motion, *see* ECF No. 24, is **GRANTED** and the Defendant's counterclaims are dismissed without prejudice.
3. **Within twenty (20) days of the date of this Order**, the Defendant may, consistent with the Opinion, file an amended counterclaim as to his dismissed counterclaims.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge