UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMBI KESIYI WABOTE,<br>    Plaintiff, | : | |
| v. | : | No. 5:21-cv-2214 |
| JACKSON UDE,<br>    Defendant. | : | |

# O R D E R

**AND NOW**, this 1st day of December 2021, upon consideration of the parties' letter-briefs, *see* ECF Nos. 60 and 61, **IT IS HEREBY ORDERED THAT**:

1. Depositions for Mr. Wabote and Mr. Ude are to be conducted via remote video conference.[1]
2. All other directives in the November 24, 2021, Order remain in full force and effect.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Considering the detection of a new coronavirus strain, "omicron", and the Nigerian Centre for Disease Control's instruction to Nigerian residents to avoid international travel, it is no longer practical to require international travel for depositions that can be done virtually.