UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SIMBI KESIYI WABOTE, :
    Plaintiff, :
     :
    v. : No. 5:21-cv-2214
     :
JACKSON UDE, :
    Defendant. :
_____

**O R D E R**

**AND NOW**, this 14th day of December 2021, upon consideration of Defendant's letter to the Court, *see* ECF No. 64, in which Defendant asks the Court to reconsider its Order dated December 1, 2021, ECF No. 63, and to extend discovery deadlines, **IT IS HEREBY ORDERED THAT** Defendant's requests are **DENIED**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court denies Defendant's requests made in the form of a letter because a "request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). Even considering the merits of Defendant's requests, the Court would still deny both.
    The fact that Nigeria has somewhat relaxed travel restrictions since the Court's December 1, 2021, Order does not change the fact that the new coronavirus strain, "omnicron," still impacts international travel. Any new evidence offered by Defendant does not persuade the Court that there is a need "to correct manifest errors of law or fact." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999) (quoting *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985)). Nor is the Court persuaded that this case merits an extension of current discovery deadlines.