UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SIMBI KESIYI WABOTE, :
    Plaintiff, :
     :
    v. : No. 5:21-cv-2214
     :
JACKSON UDE, :
    Defendant. :
_____

# O R D E R

**AND NOW**, this 21st day of December 2021, upon consideration of the parties' letter-briefs, *see* ECF Nos. 69, 70, and 71, and after a telephone conference held on this day,[1] during which both parties' presented argument, **IT IS HEREBY ORDERED THAT**:

1. Within **twenty days** from this Order, Plaintiff shall provide full and complete responses to Defendant's interrogatories 1–5, which are attached as Exhibit F to Defendant's letter and dated November 30, 2021, *see* ECF No. 69-1, and all objections to same are overruled.

2. Within **twenty days** from this Order, Plaintiff shall provide Defendant with all of the requested documents to Defendant's Second Request for Production of Documents numbered 1–9, which are attached as Exhibit G to Defendant's letter and dated November 30, 2021, *see* ECF No. 69–1[2], and all objections thereto are overruled.

3. Within **twenty days** from this Order, Plaintiff shall provide Defendant with fully unredacted versions of the bank statements he has already provided[3], and all objections thereto are overruled.

---

[1] Attorney Michael D. Cilento, Esq. participated on behalf of Plaintiff, and attorneys Benneth Onyema Amadi, Esq. and Obinna I. Abara, Esq. participated on behalf of Defendant.

[2] The only exception is that Plaintiff is not required to disclose his paystubs because that information is superfluous considering that Plaintiff has disclosed his bank statements.

[3] Plaintiff's objections to providing records from Bank of America and HSBC are sustained. In other words, Plaintiff need not provide bank records from Bank of America or HSBC.

4. The currently scheduled deposition of Plaintiff is **postponed** but must be rescheduled for a date that falls within the next **thirty days**.[4]
5. Plaintiff's remaining objections to Defendant's discovery requests are sustained.
6. The Clerk Court is directed to file Exhibit B of Defendant's letter, ECF No. 69-2, **under seal.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[4] Defendant's request to shift court reporter costs, if any, for Plaintiff's postponed deposition is denied.