UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMBI KESIYI WABOTE,<br>　　Plaintiff,<br><br>　　　　v.<br><br>JACKSON UDE,<br>　　Defendant. | :<br>:<br>:<br>:  　　No. 5:21-cv-2214<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 6th day of January, 2022, **IT IS ORDERED** as follows:

1. A telephone conference with Judge Leeson is scheduled for **Tuesday, January 11, 2022, at 4:00 p.m..** concerning discovery matters. Counsel should use the following call-in information for the conference:

    Dial:　　　888-363-4734
    Access Code:  2547992#

2. No later than **Monday, January 10, 2022, at 4:00 p.m.,** Defendant shall file with the Court a letter-brief (three pages maximum) responding to Plaintiff's letter to the Court dated January 6, 2022. *See* ECF No. 81.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge