UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMBI KESIYI WABOTE,<br>    Plaintiff, | : | |
| | : | |
| v. | : | No. 5:21-cv-2214 |
| | : | |
| JACKSON UDE,<br>    Defendant. | : | |

**O R D E R**

**AND NOW**, this 12th day of January, 2022, upon consideration of Plaintiff's letter-briefs, *see* ECF Nos. 81 and 84, Defendant's response letter-brief, *see* ECF No. 85, and after a telephone conference held on this date,[1] during which both parties' presented argument, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's request to quash Defendant's subpoenas, ECF Nos. 81 and 84, is **GRANTED**.
2. All subpoenas issued by Defendant after December 22, 2021 are null and void.[2]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Attorney Michael D. Cilento, Esq. participated on behalf of Plaintiff, and attorneys Benneth Onyema Amadi, Esq. and Obinna I. Abara, Esq. participated on behalf of Defendant.

[2] The Court voids these subpoenas because they were issued after the fact discovery deadline. *See* ECF No. 59. Contrary to Defendant's argument, the Court's December 21, 2021 Order, ECF No. 74, granted Defendant an additional 30 days to depose Mr. Wabote only. Unless specifically stated otherwise by this Court in a later order, the deadline for all fact discovery expired on December 22, 2021. *See id.*