UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMBI KESIYI WABOTE,<br><br>*Plaintiff*,<br><br>v.<br><br>JACKSON UDE,<br><br>*Defendant*. | Civil Action No.: 5:21-cv-02214-JFL<br><br>**STIPULATION** |

**AND NOW**, this 31st day of January, 2022, upon consideration of the stipulation of the parties for nonparty Kelsey Agama ("Mr. Agama") to be deposed past the date set by this Court in its January 5, 2022 Order (ECF 79), **IT IS HEREBY ORDERED THAT:**

The Deposition of Mr. Agama shall take place on February 17, 2022 at 10:00 a.m.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This Order does not permit any other discovery or extend any other existing Court ordered deadlines.