UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMBI KESIYI WABOTE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    No. 5:21-cv-2214 |
| | : |
| JACKSON UDE,<br>    Defendant. | :<br>: |

**O R D E R**

**AND NOW**, this 15th day of February, 2022, upon consideration of Plaintiff's letter-request wherein Plaintiff asks the Court to sanction Defendant, and now that the transcript of Mr. Ude's second deposition is available, **IT IS ORDERED THAT**:

No later than **February 22, 2022**, Defendant shall file with the Court a letter-brief (three pages maximum) responding to Plaintiff's letter to the Court dated February 14, 2022. *See* ECF No. 108.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge