UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SIMBI KESIYI WABOTE,                        :
     Plaintiff,                             :
                                            :
           v.                         :        No. 5:21-cv-2214
                                            :
JACKSON UDE,                                :
     Defendant.                            :
_____

## **O R D E R**

**AND NOW**, this 16th day of March, 2022, upon consideration of Defendant's letter-request wherein he asks the Court to compel Nigerian third parties to obey Defendant's subpoenas, ECF No. 118, **IT IS ORDERED THAT**:

1. Defendant shall file a motion with the Court supported by legal memorandum regarding the requests made in his letter-request[1]; and

2. Defendant shall attach as exhibits to his motion proposed letters rogatory to be sent to the appropriate Nigerian court.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]    The Court notes that Defendant followed the Court's policies and procedures by filing a letter request first. However, the Court determines that this particular request warrants more formal briefing from both parties.