# **O R D E R**

**AND NOW**, this 15th day of April, 2022, upon consideration of Defendant's motion, Plaintiff's response, Defendant's reply, for the reasons stated in Plaintiff's response, *see* ECF No. 120, and for the reasons given in this Memorandum Opinion, **IT IS ORDERED THAT** Defendant's motion, ECF No. 113, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge