UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SIMBI KESIYI WABOTE,     Plaintiff, | : : : | |
| v. | : : | No. 5:21-cv-2214 |
| JACKSON UDE,     Defendant. | : : | |

# O R D E R

**AND NOW**, this 13th day of July 2022, upon consideration of Defendant's letter-briefs, *see* ECF Nos. 139 and 140, Plaintiff's response letter-briefs, *see* ECF No's. 141 and 142, and after a telephone conference held on July 12, 2022,[1] during which both parties' presented argument, **IT IS HEREBY ORDERED THAT**:

1. Defendant's letter-request, ECF No. 139, in which he asks for sanctions against the Plaintiff, is **DENIED**; and

2. Defendant's letter-request, ECF No. 140, in which Counsel Amadi asks for an extension to comply with the Court's order dated June 16, 2022, ECF No. 137, is **GRANTED in part and DENIED in part as follows**:

    a. Jackson Ude and his counsel, Benneth Amadi, shall pay Plaintiff's counsel, Lewis & Lin LLC, **$5,237.09**, which is half of the total amount owed, on or before **Monday, July 18, 2022**, as a show of good faith;

    b. The parties shall submit a joint report to the Court **on or before Tuesday, July 19, 2022**, as to whether payment has been received; and

    c. Based on the parties' joint report, the Court will reassess Defendant's request for additional time to pay any remaining amount.[2]

---

[1] Attorney Michael D. Cilento, Esq. participated on behalf of Plaintiff, and attorneys Benneth Onyema Amadi and Donald Chisholm participated on behalf of Defendant.

[2] If the sum ordered above in Section 2a. is not paid on or before the deadline, then the Court may impose additional sanctions.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge