UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SIMBI KESIYI WABOTE,                     :
     Plaintiff,                            :
                                           :
         v.                           :          No. 5:21-cv-2214
                                           :
JACKSON UDE,                             :
     Defendant.                            :
_____

# **O R D E R**

On March 8, 2022, this Court granted Plaintiff's request for monetary sanctions against Defendant and Defendant's counsel, Mr. Amadi. *See* ECF No. 115. Specifically, the Court ordered Defendant and Mr. Amadi to pay Plaintiff's counsel $10,474.18 on or before June 30, 2022. *See* ECF No. 137. On the day of the deadline, Mr. Amadi asked the Court for a 60-day extension to pay the monetary sanctions. The parties briefed the issue, and the Court heard oral argument from both sides. The Court stayed a final decision on Mr. Amadi's request for an extension but ordered him to make a down payment to Plaintiff's counsel as a sign of good faith on or before July 18, 2022. Pursuant to the Court's direction, Mr. Amadi paid $5,237.09 to Plaintiff's counsel.

**AND NOW**, this 20th day of July 2022, upon consideration of the above, **IT IS HEREBY ORDERED AS FOLLOWS**:

1.  Mr. Amadi shall pay Plaintiff's counsel, Lewis & Lin LLC, the remainder of the monetary sanctions in the amount of **$5,237.09 on or before August 12, 2022**, pursuant to the Court's March 8, 2022, Order[1], *see* ECF No. 115; and

2.  If the remainder of $5,237.09 is not paid in full by August 12, 2022[2], then any remaining amount owed will be converted into a judgment against Mr. Amadi, and the Court will

---

[1]     The Court considers Mr. Ude's obligation to pay $1,047.42 of the sanctions to be satisfied with the down payment, meaning the remainder is the full responsibility of Mr. Amadi.
[2]     Plaintiff's counsel should notify the Court when the remainder is paid in full and inform it of any outstanding amount that is not paid by August 12, 2022.

consider the possibility of imposing the additional following sanctions against Benneth Amadi:

    i.   The Court will revoke Mr. Amadi's pro hac vice status in any other matters he has before this Court until the judgment is satisfied;

   ii.   Mr. Amadi will be prohibited from filing any cases in this district until the judgment is satisfied; and

  iii.   the Court will contact the Massachusetts Bar to inform it of the outstanding judgment against Mr. Amadi and recommend that he be prohibited from filing any suits in the State of Massachusetts until the judgment is satisfied.

BY THE COURT:


/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge